UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| EARL PRICE, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   2:12-cv-00308-GZS |
| | ) | |
| TIM BELLARCEAU, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 4) filed November 6, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for lack of prosecution.

                                                                                          /s/ George Z. Singal          
                                                                                         United States District Judge

Dated this 4th day of December, 2012.